1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California  94102
      Telephone:    (415) 436-7200
7     Facsimile:    (415) 436-7234
      Email: kevin.barry@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,          )   CR No. 12-mj-70647MAG
15                                     )
           Plaintiff,                  )
16                                     )   **STIPULATION AND [PROPOSED]**
        v.                             )   **ORDER CHANGING HEARING DATE**
17                                     )   **AND EXCLUDING TIME**
   RICHARD KEITH GOLSTON,              )
18                                     )
           Defendant.                  )
19   _____ )

20
           The Court has set August 21, 2012 as the date for a preliminary hearing or arraignment.
21
           The parties hereby stipulate to move the preliminary hearing or arraignment date to
22
   September 27, 2012, and they request that the Court extend the time limits provided by Federal
23
   Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.  This extension of time is necessary for
24
   the parties to explore possible pre-indictment resolution, to produce and to receive initial
25
   discovery, and for effective preparation of counsel.
26
           Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of
27
   time, and the parties represent that good cause exists for this extension, including the effective
28

   STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   CR 12-mj-70647 MAG

1   preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties

2   also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the

3   date of this Order through September 27, 2012.  The parties also agree that the ends of justice

4   served by granting such an exclusion of time outweigh the best interests of the public and the

5   defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6

7           SO STIPULATED:
                                                    MELINDA HAAG
8                                                   United States Attorney

9
    DATED: August 20, 2012                          _____/s/_____
10                                                  KEVIN J. BARRY
                                                    Assistant United States Attorney
11

12  DATED: August 20, 2012                          _____/s/_____
                                                    ELIZABETH M. FALK
13                                                  Attorney for RICHARD GOLSTON

14

15

16

17

18

19

20

21                              ~~[PROPOSED]~~ ORDER

22          For the reasons stated above, the Court sets September 27, 2012, as the date for the

23  arraignment or preliminary hearing.  The Court finds that extension of time limits applicable

24  under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through September

25  27, 2012, is warranted; that exclusion of this period from the time limits applicable under 18

26  U.S.C. § 3161is warranted; that the ends of justice served by the continuance outweigh the

27  interests of the public and the defendant in the prompt disposition of this criminal case; and that

28  the failure to grant the requested exclusion of time would deny counsel for the defendant and for

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG                                                                        2

1   the government the reasonable time necessary for effective preparation and continuity of

2   counsel, taking into account the exercise of due diligence, and would result in a miscarriage of

3   justice.  18 U.S.C. §3161(h)(7)(B)(iv).

4

5          IT IS SO ORDERED.

6   DATED:__August 21, 2012__



7                                                                    _____APORTE

8                                                                    Judge Elizabeth D. Laporte

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG                                                                          3