1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:     (415) 436-7200
7      Facsimile:     (415) 436-7234
       Email: kevin.barry@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13
14
   UNITED STATES OF AMERICA,        )   CR No. 12-mj-70647 MAG
15                                  )
            Plaintiff,               )
16                                  )   **STIPULATION AND [PROPOSED]**
        v.                          )   **ORDER CHANGING HEARING DATE**
17                                  )   **AND EXCLUDING TIME**
   RICHARD KEITH GOLSTON,           )
18                                  )
            Defendant.               )
19                                  )
20
21         The Court has set January 23, 2013 as the date for a preliminary hearing or arraignment.
22         The parties hereby stipulate to move the preliminary hearing or arraignment date to
23  March 12, 2013, and they request that the Court extend the time limits provided by Federal Rule
24  of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.  This extension of time is necessary for the
25  parties to explore possible pre-indictment resolution, to produce and to receive discovery, and for
26  effective preparation of counsel.
27         Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of
28  time, and the parties represent that good cause exists for this extension, including the effective

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG

1  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties also
2  request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date
3  of this Order through March 12, 2013.  The parties also agree that the ends of justice served by
4  granting such an exclusion of time outweigh the best interests of the public and the defendant in
5  a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

   SO STIPULATED:
                                    MELINDA HAAG
                                    United States Attorney

   DATED: January 22, 2013                /s/
                                    KEVIN J. BARRY
                                    Assistant United States Attorney

   DATED: January 22, 2013                /s/
                                    ELIZABETH M. FALK
                                    Attorney for RICHARD GOLSTON

                          [PROPOSED] ORDER

   For the reasons stated above, the Court sets March 12, 2013, as the date for the arraignment
or preliminary hearing.  The Court finds that extension of time limits applicable under Federal
Rule of Criminal Procedure 5.1(c) from the date of this Order through March 12, 2013, is
warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is
warranted; that the ends of justice served by the continuance outweigh the interests of the public
and the defendant in the prompt disposition of this criminal case; and that the failure to grant the
requested exclusion of time would deny counsel for the defendant and for the government the
reasonable time necessary for effective preparation and continuity of counsel, taking into account
the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.
§3161(h)(7)(B)(iv).

   IT IS SO ORDERED.

   DATED: January 23, 2013                _____
                                    THE HON. LAUREL BEELER
                                    United States Magistrate Judge